## (March 17, 1941.)

BERTOLF BROTHERS, INC., Appellant, v. HENRY LEUTHARDT, Respondent.— The plaintiff appeals from an order denying its motion for summary judgment pursuant to rules 113 and 114 of the Rules of Civil Practice and section 255-a of the Civil Practice Act. Order reversed on the law, with ten dollars costs and disbursements, the motion to strike out paragraphs " First " and " Fourth " of the defendant's answer is granted, with ten dollars costs, and judgment is directed for the plaintiff as prayed for in the complaint, less the sum of ninety dollars with interest from September 23, 1939. In so far as the plaintiff's claim is concerned, the defendant failed to raise any triable issue by failing to indicate specific items contained in the schedule attached to the plaintiff's complaint which he disputed. (*Anderson* v. *City of New York*, 258 App. Div. 588.) The defendant likewise failed to raise any issue under its special defense. A bare statement in the answer and repeated in the affidavit that the contract was made in New York, unsupported by any evidentiary facts, creates no issue of fact in face of the particulars furnished by the plaintiff as to the making of the contract. Unless the contract was made in this State, section 218 of the General Corporation Law has no application. (*Acorn Brass Manufacturing Co.* v. *Rutenberg*, 147 App. Div. 533, 535.) In any event, the transaction here involved does not come within the purview of the statute. (*International Fuel & Iron Corp.* v. *Donner Steel Co.*, 242 N. Y. 224, 230; *Penn Collieries Co.* v. *Mc Keever*, 183 id. 98, 103.) Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur.

BROOKLYN OIL UTILITIES, INC., Respondent, v. AMERICAN MINERAL SPIRITS COMPANY, Appellant.— Appeal by defendant from an order denying defendant's motion to preclude plaintiff from offering any evidence upon the trial of this action upon the matters set forth in the notice of motion. Order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur.

DEVON SYNDICATE, LTD., Appellant, v. ALEXANDER W. MacDOUGALL, Respondent.— In an action by a pledgee of securities to recover damages resulting from the impairment of the value of securities in claimed violation of a duty owing by the defendant to the plaintiff as the result of a relationship growing out of defendant's employment by a receiver of the pledgor's property, including the securities in question, on the theory that defendant owed plaintiff a duty not to impair the pledge, judgment dismissing the complaint at the close of the plaintiff's case unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.